PER CURIAM.
Affirmed. See Hart Properties, Inc. v. Slack, 159 So.2d 236, 239 (Fla.1963); Sanderson v. Freedom Sav. & Loan Ass’n, 496 So.2d 954, 956-57 (Fla. 1st DCA 1986); Rishel v. Eastern Airlines, Inc., 466 So.2d 1136, 1138 (Fla. 3d DCA 1985); Steiner v. Ciba-Geigy Corp., 364 So.2d 47 (Fla. 3d DCA 1978), cert. denied, 373 So.2d 461 (Fla.1979); Whitten v. Miami-Dade Water & Sewer Auth., 357 So.2d 430, 432 (Fla. 3d DCA), cert. denied, 364 So.2d 894 (Fla.1978); Romedy v. Johnston, 193 So.2d 487, 489 (Fla. 1st DCA 1967); Davis v. Major Oil Co., 164 So.2d 558, 559 (Fla. 3d DCA 1964).